**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-03228-REB-KMT

ANTHONY AMATO, an individual,
AMEGA SCIENTIFIC CORPORATION, a New Jersey Corporation,

    Plaintiffs,

v.

MESA LABORATORIES, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on the **Stipulation for Dismissal with Prejudice** [#45][1] filed October 29, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal with Prejudice** is approved;

    2.  That **Defendant Mesa's Motion To Strike Exhibits and Arguments from Plaintiffs' Objections to Magistrate Judge's Recommendation** [#34] filed September 11, 2015, is denied as moot;

    3.  That the **Recommendation of United States Magistrate Judge** [#42] filed

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

October 16, 2015, is respectfully terminated on the docket as moot;

    4.  That all pending pretrial deadlines are vacated;

    5.  That the combined Final Pretrial Conference/Trial Preparation Conference set March 4, 2016, is vacated;

    6.  That the jury trial set to commence March 21, 2016, is vacated; and

    7.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

    Dated October 30, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge